**FILED**

MAR 1 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMUALDO CARO,<br><br>    Defendant. | ) Cr. No. 03-2303GT<br>)<br>)<br>) **ORDER**<br>)<br>) |

    On October 6, 2008, Defendant, Romualdo Caro ("Mr. Caro"), filed a Motion to Correct Sentence pursuant to § 2D1.1 of the United States Sentencing Guidelines. Mr. Caro has completed his sentence in this case. Accordingly,

    **IT IS ORDERED** that Mr. Caro's Motion is Dismissed as **MOOT.**

    **IT IS SO ORDERED.**

3-12-13
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel